Attorney: RAYMOND NARDO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN F. VODOPIA

PLAINTIFF

- Against -

KONINKLIJKE PHILIPS ELECTRONICS NV a/k/a ROYAL PHILIPS ELECTRONICS NV

DEFENDANT

AFFIDAVIT OF SERVICE

INDEX#: 07-CIV-6214

COURT DATE:

STATE OF NEW YORK: COUNTY OF NASSAU  ss:

BRUCE KUSTKA being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York.

**MAILING** That on 7/26/2007 Deponent enclosed a copy of the
AMENDED SUMMONS IN A CIVIL ACTION AND COMPLAINT
in a postpaid wrapper CERTIFIED MAIL properly addressed to the DEFENDANT:
KONINKLIJKE PHILIPS ELECTRONICS NV a/k/a ROYAL PHILIPS ELECTRONICS at:

ADMINISTRATIVE LAW JUDGE RALPH A. ROMANO, DEPT. OF LABOR, 2 EXECUTIVE CAMPUS, SUITE 450, CHERRY HILL, N.J., 08002

and deposited in a post office or official depository under the exclusive care and custody of the United States Postal Service within New York State.

SWORN TO BEFORE ME ON: 7/27/2007

BRUCE KUSTKA

BRUCE K. KUSTKA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES, INC.
91 CHIMNEY LN.
LEVITTOWN, N.Y. 11756
OUR JOB ID# 2007040
AFF: A06

THERESA DIMARZO
Notary Public, State of New York
No. 01DI5048418
Qualified in Nassau County
Commission Expires August 21, 20 09