UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

07 CV 6214 ECF

Vodopia v. Koninklijke Philips
Electronics NV et al.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6214 (BSJ)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
|   |   | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing |   | All such motions: ___ |

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         8/3/07

                                                    /s/ Barbara S. Jones
                                                    United States District Judge