Attorney: RAYMOND NARDO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

JOHN F. VODOPIA

PLAINTIFF

- Against -

INDEX# :07-CIV-6214

KONINKLIJKE PHILIPS ELECTRONICS NV a/k/a ROYAL PHILIPS ELECTRONICS NV
DEFENDANT

STATE OF NEW YORK: COUNTY OF NASSAU  ss:

DAN MILLER being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 8/13/2007 at 9:40:0AM at :

NEW YORK STATE
DEPT. OF THE SECRETARY OF STATE
ALBANY, N.Y.

Deponent served the within AMENDED SUMMONS IN A CIVIL ACTION AND COMPLAINT upon KONINKLIJKE PHILIPS ELECTRONICS NV a/k/a ROYAL PHILIPS ELECTRONICS the therein named.

SECRETARY OF STATE  a Foreign corporation by delivering thereat one true copy to CAROL VOGT, CLERK AUTHORIZED TO ACCEPT personally, deponent knew said Corporation so served to be the corporation described in the summons as said defendant And knew said individual to be AUTHORIZED to accept thereof. Service was made upon the N.Y.S. SECRETARY of STATE under section 307 of the Business Corporation Law and tendering the $40.00 required fee.

Deponent further states that he describes the person actually served as follows:

SEX ; FEMALE   SKIN: WHITE   HAIR: BLACK   APP.AGE: 50   APP.HT.: 5/3   WT: 130lb

OTHER:

That at the time of such service deponent knew the person so served to be the same person mentioned and described as the DEFENDANT in this action.

SWORN TO BEFORE ME ON: 8/20/2007

BRUCE K. KUSTKA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27. 2010

DAN MILLER

ASAP SERVICES, INC.
91 CHIMNEY LN.
LEVITTOWN, N.Y. 11756
OUR JOB# 2007029
AFF: AC2