Attorney: RAYMOND NARDO

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

JOHN F. VODOPIA
                              PLAINTIFF

- Against -

INDEX# : 07-CIV-6214

KONINKLIJKE PHILIPS ELECTRONICS NV a/k/a ROYAL PHILIPS ELECTRONICS NV
                              DEFENDANT

- Against -

STATE OF NEW YORK: COUNTY OF NASSAU   ss:

DAN MILLER being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 8/30/2007 at 11:10:0AM at:

NEW YORK STATE
DEPT. OF THE SECRETARY OF STATE
ALBANY, N.Y.

Deponent served the within AMENDED SUMMONS IN A CIVIL ACTION AND COMPLAINT upon PHILIPS ELECTRONICS NORTH AMERICA CORPORATION the therein named.

**SECRETARY OF STATE**   a Domestic corporation by delivering thereat one true copy to MARYBETH HUYCH, CLERK AUTHORIZED TO ACCEPT personally, deponent knew said Corporation so served to be the corporation described in the summons as said defendant And knew said individual to be AUTHORIZED to accept thereof. Service was made upon the N.Y.S. SECRETARY of STATE under section 306 of the Business Corporation Law and tendering the $40.00 required fee.

Deponent further states that he describes the person actually served as follows:

SEX ; **FEMALE**   SKIN: **WHITE**   HAIR: **BLONDE**   APP.AGE: **35**   APP.HT.: 5/3   WT: 130lb

OTHER:

That at the time of such service deponent knew the person so served to be the same person mentioned and described as the DEFENDANT in this action.

SWORN TO BEFORE ME ON: 9/7/2007

DAN MILLER

BRUCE K. KUSTKA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27. 2010

ASAP SERVICES, INC.
91 CHIMNEY LN.
LEVITTOWN, N.Y. 11756
OUR JOB# 2007030
AFF: AC2