UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN F. VODOPIA,<br><br>   Plaintiff,<br><br>vs.<br><br>KONINKLIJKE PHILIPS ELECTRONICS N.V., *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:07CV06214<br><br>JUDGE BARBARA S. JONES<br><br>MAGISTRATE JUDGE DEBRA C. FREEMAN |

## DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Philips Electronics North America Corporation that Philips Electronics North America Corporation is a wholly-owned indirect subsidiary of Philips Holding USA Inc., which is a wholly-owned subsidiary of Koninklijke Philips Electronics N.V., publicly traded on the New York Stock Exchange under symbol PHG.

Respectfully submitted,

s/ Jennifer Rygiel-Boyd
Jennifer Rygiel-Boyd (JR 5676)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 5th Avenue, Suite 1700
New York, New York
Telephone: (212) 292-4314

Attorneys for Defendant
Philips Electronics North America Corporation

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2007, a copy of the Philips Electronics North America Corporation's Rule 7.1 Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                              __/s/ Jennifer Rygiel-Boyd_____
                                                              Jennifer Rygiel-Boyd (JR 5676)

5208092.1 (OGLETREE)