UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOHN F. VODOPIA,<br><br>Plaintiff,<br><br>vs.<br><br>KONINKLIJKE PHILIPS ELECTRONICS N.V., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:07CV06214<br><br>JUDGE BARBARA S. JONES<br><br>MAGISTRATE JUDGE DEBRA C. FREEMAN |
|---|---|---|

## **DEFENDANT KONINKLIJKE PHILIPS ELECTRONICS N.V.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Koninklijke Philips Electronics N.V. that there is no parent corporation and that no publicly held company owns ten percent (10%) or more of the corporation.

Respectfully submitted,


  s/ Jennifer Rygiel-Boyd
Jennifer Rygiel-Boyd (JR 5676)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 5th Avenue, Suite 1700
New York, New York
Telephone: (212) 292-4314

Attorneys for Defendant
Koninklijke Philips Electronics N.V.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2007, a copy of the Koninklijke Philips Electronics N.V.'s Rule 7.1 Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Jennifer Rygiel-Boyd
                                    Jennifer Rygiel-Boyd (JR 5676)

5208094.1 (OGLETREE)