# EXHIBIT A

# EXHIBIT A



**SCULLY SCOTT MURPHY & PRESSER PC**
SECURING INGENUITY℠

## For Immediate Release

Contact: Paul Esatto
  Scully, Scott, Murphy & Presser
  516-742-4343
  esatto@ssmp.com

David Pinkowitz
DCP Marketing Services LLC
631-491-5343
dpinkowitz@dcpmarketing.com

## Scully, Scott, Murphy & Presser, P.C. Names New Associate

### *Electrical and Computer Engineer Joins Patent Law Firm*

**Garden City, NY** -- Scully, Scott, Murphy & Presser, P.C., a leading Intellectual Property Law firm, has announced that John Vodopia, an Electrical and Computer Engineer, has joined the firm as an Associate. Prior to joining Scully Scott, Vodopia was employed by Philips Electronics.

"We're very pleased that John Vodopia has joined Scully Scott," said Paul Esatto, Senior Partner at Scully, Scott, Murphy & Presser, P.C. "His training and experience in the fields of Electrical and Computer Engineering will enhance our already successful practice in those areas." Esatto added, "Vodopia is a strong addition to our deep technology team. He'll help us to meet the strong demand for our legal services."

Vodopia is experienced in patent litigation, patent licensing, patent portfolio work, and patent appeal work before the U.S. Patent and Trademark Office Board of Patent Appeals and Interferences; with technical expertise in medical imaging systems, picture archiving and communications systems (PACS), computer-aided diagnostic (CADx) systems, complex electronic and Internet-related systems and business methods.

Vodopia received his BSEE in electrical and computer engineering from Polytechnic University and his J.D. degree from the New York Law School.

Vodopia is admitted to the N.Y. and N.J. State Bars, the Eastern District of N.Y., the District Court in Newark, N.J., and the N.Y. State Court of Appeals. He is registered to practice before the U.S. Patent and Trademark Office (USPTO) and is a member of the International Patent Organization (IPO).

### *About Scully, Scott, Murphy & Presser, P.C.*

Founded in 1973, Garden City-based Scully, Scott, Murphy & Presser, P.C. is one of Long Island's largest and most preeminent law firms exclusively dedicated to Intellectual Property. Comprised of highly skilled attorneys with highly technical backgrounds, SSMP confidently sits at the crossroads of cutting edge science, technology and law where it offers detailed, bankable opinions and secures, protects and enforces intellectual property for its clients. For more information, visit Web site http://www.ssmp.com.

# # #

Photo attached

October 2006



**John Vodopia**
Associate

John F. Vodopia received his BSEE in electrical and computer engineering from Polytechnic University in 1987 and his J.D. degree from New York Law School in 1992. He was admitted to the N.Y. State Bar and N.J. State Bars in 1993, the Eastern District of N.Y., the District Court in Newark, N.J., and the N.Y. State Court of Appeals. Mr. Vodopia is registered to practice before the U.S. Patent and Trademark Office (USPTO) and is a member of the International Patent Organization (IPO).

Mr. Vodopia is experienced in patent litigation, patent licensing, patent portfolio work and patent appeal work before the U.S. Patent and Trademark Office Board of Patent Appeals and Interferences; with technical expertise in medical imaging systems, picture archiving and communications systems (PACS), computer-aided diagnostic (CADx) systems, complex electronic and Internet-related systems and business methods, and nanotechnology.

Email: jvodopia@ssmp.com