# EXHIBIT H

# EXHIBIT H

**U.S. Department of Labor**

Occupational Safety and Health
Albany Area Office
401 New Karner Rd, Suite 300
Albany, NY 12205-3809
Attention: Teri M. Wigger
Tel: (518) 464-4338 ext. 221
Fax: (518) 464-4337
E-Mail: wigger.teri@dol.gov



June 2, 2006

Mr. Robert C. Petrulis, Esq.
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3845

Re: Koninklijke Philips Electronics N.V., et al/Vodopia/2-2600-06-005

Dear Mr. Petrulis:

This is to advise you that we are suspending the investigation of Koninklijke Philips Electronics N.V., et al/Vodopia/2-2600-06-005, while the agency considers how best to proceed, given Respondent's assertion of attorney-client privilege relating to all the evidence pertinent to this investigation.

We will notify you at such time as we resume the investigation. In the interim, if the parties agree to set aside the issue of privilege in order to expedite the resolution of the case, we will resume investigation upon receipt of a written joint request.

Sincerely,

Teri M. Wigger
Regional Investigator, Whistleblower Statutes



OSHA
Occupational Safety and Health Administration
www.osha.gov