# EXHIBIT I

# EXHIBIT I




**U.S. Department of Labor**   Office of Administrative Law Judges
2 Executive Campus, Suite 450
Cherry Hill, NJ 08002

(856) 486-3800
(856) 486-3806 (FAX)

Issue Date: 11 June 2007

Case No.: 2007-SOX-00040

In the Matter of

JOHN F. VODOPIA, ESQUIRE
    Complainant

    v.

PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION and
KONINKLIJKE PHILIPS ELECTRONICS, NV
    Respondent

## ORDER

Upon Respondent's May 25, 2007 unopposed motion therefor, good cause appearing, it is hereby,

ORDERED, that trial of this matter is CONTINUED to September 10, 2007 at 1 p.m. at the situs previously noticed therefor, and, it is further

ORDERED, that Complainant shall forthwith serve Respondent's counsel with a copy of his objections to findings and request for hearing, and, it is further

ORDERED, that the parties shall confer and agree to a proposed protective order governing confidentiality of documents to be used in this proceeding .

RALPH A. ROMANO
Administrative Law Judge

Cherry Hill, New Jersey

Respondent shall avail itself of routine discovery measures, if it so chooses, to secure information noted in its proposed protective order, and is cautioned that this proceeding will not be used as a vehicle to perform functions ordinarily assigned to its human resource department, see par D at pg. 3 of proposed order.

RECEIVED

JUN 13 2007

ROBERT C. PETRULIS

## SERVICE SHEET

Case Name: VODOPIA_JOHN_F_ESQ_v_KONINKLIJKE_PHILIPS__

Case Number: **2007SOX00040**

Document Title: **Order**

I hereby certify that a copy of the above-referenced document was sent to the following this 11th day of June, 2007:

*Jennifer A. Nehring*
JENNIFER A. NEHRING
PARALEGAL SPECIALIST

Directorate of Enforcement Programs
U. S. Department of Labor, OSHA
Room N-3603, FPB
200 Constitution Ave., N.W.
Washington, DC 20210
    *{Hard Copy - Regular Mail}*

Associate Solicitor
Division of Fair Labor Standards
U. S. Department of Labor
Room N-2716, FPB
200 Constitution Ave., N.W.
Washington, DC 20210
    *{Hard Copy - Regular Mail}*

Regional Administrator
Region 2
U. S. Department of Labor, OSHA
Room 670
201 Varick St.
New York, NY 10014
    *{Hard Copy - Regular Mail}*

Regional Solicitor
U. S. Department of Labor
Room 983
201 Varick Street
New York, NY 10014
    *{Hard Copy - Regular Mail}*

Bayley Reporting, Inc.
The Pines Office Center
Suite B2
12600 Seminole Blvd.
Seminole, FL 33778
    *{Hard Copy - Regular Mail}*

John F. Vodopia, Esq.
3 Lone Oak Drive
Centerport, NY 11721
    *{Hard Copy - Regular Mail}*

Philips Electronics
North America Corporation
P.O. Box 3001
Briarcliff Manor, NY 10510-8001
    *{Hard Copy - Regular Mail}*

SERVICE SHEET continued (2007SOX00040 Hearing Reschedul) Page: 2

Robert Petrulis, Esq.
Baker Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
    *{Hard Copy - Regular Mail}*