# EXHIBIT J

# EXHIBIT J

**U.S. Department of Labor**     Office of Administrative Law Judges
2 Executive Campus, Suite 450
Cherry Hill, NJ  08002

(856) 486-3800
(856) 486-3806 (FAX)



Issue Date: 13 April 2007

Case No.:     2007-SOX-00040

In the Matter of

JOHN F. VODOPIA, ESQUIRE
    Complainant

    v.

PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION and
KONINKLIJKE PHILIPS ELECTRONICS, NV
    Respondent

### NOTICE OF HEARING

**YOU ARE HEREBY NOTIFIED** that hearing of the above captioned matter will commence as follows:

DATE:     Thursday, June 28, 2007

TIME:     1:00 p.m.

PLACE:    U.S. Department of Labor
          Room 905A
          201 Varick Street
          New York, New York

RALPH A. ROMANO
Administrative Law Judge

Cherry Hill, New Jersey

SERVICE SHEET

Case Name: VODOPIA_JOHN_F_ESQ_v_KONINKLIJKE_PHILIPS__

Case Number: **2007SOX00040**

Document Title: **Notice of Hearing**

I hereby certify that a copy of the above-referenced document was sent to the following this 13th day of April, 2007:

*[signature]*

**JENNIFER A. NEHRING**
PARALEGAL SPECIALIST

Regional Administrator
Region 2
U. S. Department of Labor, OSHA
Room 670
201 Varick St.
New York, NY 10014
  *{Hard Copy - Regular Mail}*

Regional Solicitor
U. S. Department of Labor
Room 983
201 Varick Street
New York, NY 10014
  *{Hard Copy - Regular Mail}*

Directorate of Enforcement Programs
U. S. Department of Labor, OSHA
Room N-3603, FPB
200 Constitution Ave., N.W.
Washington, DC 20210
  *{Hard Copy - Regular Mail}*

Associate Solicitor
Division of Fair Labor Standards
U. S. Department of Labor
Room N-2716, FPB
200 Constitution Ave., N.W.
Washington, DC 20210
  *{Hard Copy - Regular Mail}*

Bayley Reporting, Inc.
The Pines Office Center
Suite B2
12600 Seminole Blvd.
Seminole, FL 33778
  *{Hard Copy - Regular Mail}*

John F. Vodopia, Esq.
3 Lone Oak Drive
Centerport, NY 11721
  *{Hard Copy-Certified/Return Rec}*

Philips Electronics
North America Corporation
P.O. Box 3001
Briarcliff Manor, NY 10510-8001
  *{Hard Copy-Certified/Return Rec}*

SERVICE SHEET continued (2007SOX00040 Notice of Hearing) Page: 2

Robert Petrulis, Esq.
Baker Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
    *{Hard Copy-Certified/Return Rec;}*