# EXHIBIT K

# EXHIBIT K

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF LABOR
OFFICE OF ADMINISTRATIVE JUDGES

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Case No. 2007-SOX-00040 |
| JOHN F. VODOPIA, ESQ., ) | |
| ) | Administrative Law Judge |
| Complainant, ) | Ralph A. Romano |
| ) | |
| vs. ) | |
| ) | |
| PHILIPS ELECTRONICS NORTH ) | RESPONDENTS' REQUEST FOR |
| AMERICA CORPORATION and ) | SERVICE OF COMPLAINANT'S |
| KONINKLIJKE PHILIPS ) | OBJECTIONS AND NOTICE OF |
| ELECTRONICS, NV, ) | HEARING |
| ) | |
| Respondents. ) | |

Now come Respondents, Philips Electronics North America Corporation and Koninklijke Philips Electronics, NV, by and through the undersigned counsel, and submits this Request of Service of Complainant's Objections and Notice of Hearing.

In support of this request, Respondents state as follows:

As of this date, Respondents have not been provided Complainant's Objections and Notice of Hearing. In order to understand the basis for Complainant's objections as well as the nature and scope of the issues to be addressed at the hearing, it is important that Respondents be provided with the requested document(s). In addition, Complainant was required, under § 1980.106 of the Procedures for the Handling of Discrimination

MAY 29 2007
ADMINISTRATIVE LAW JUDGES
CHERRY HILL, NJ

Complaints Under Section 806 of the Corporate and Criminal Fraud Accountability Act of 2002, Title VII of the Sarbanes-Oxley Act of 2002, to serve his Objections and Notice for Hearing on counsel for Respondents, which has not occurred. A hearing has been set in this matter for June 28, 2007.[1] Unless Respondents are provided with Complainant's Objections and Notice of Hearing, Respondents will be prejudiced by having to prepare for a hearing not knowing what issues will be addressed.

For the above reasons, Respondents respectfully request that Complainant - - and, to be safe, the Department of Labor as well - - provide Respondents with a copy of Complainant's Objections and Request for Hearing.

Respectfully submitted,

_____
Robert C. Petrulis (Ohio Bar No. 0040947)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
Suite 4130
Cleveland, Ohio 44114
Telephone: (216) 241-6100
Facsimile (216) 357-4733
E-Mail: Robert.Petrulis@odnss.com

---

[1] A Motion for Continuance of this hearing is being filed concurrently with this motion due to the unavailability of necessary witnesses on the June 28 date.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of May, 2007, the foregoing Motion was served upon the Complainant at the following, his last known address:

54 Cherry Lane
Huntington, NY 11721

by both regular U.S. Mail and by overnight delivery.

_____
Attorney for Respondents