UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN F. VODOPIA,           )<br>                                       )<br>            Plaintiff,            )<br>                                       )<br>        vs.                         )<br>                                       )<br>KONINKLIJKE PHILIPS ELECTRONICS  )<br>   N.V., *et al.*,                )<br>                                       )<br>            Defendants.     )<br>                                       ) | CASE NO. 1:07CV06214<br><br>JUDGE BARBARA S. JONES<br><br>MAGISTRATE JUDGE DEBRA C. FREEMAN<br><br>**CERTIFICATE OF SERVICE FOR PHILIPS ELECTRONICS NORTH AMERICA CORPORATION** |

    I am over 18 and not a party to this action.  On this date, September 19, 2007, I certify that a true and accurate copy of the following documents:

    **MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST PHILIPS ELECTRONICS NORTH AMERICA CORPORATION**

    **DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST PHILIPS ELECTRONICS NORTH AMERICA CORPORATION**

    **ATTORNEY'S AFFIDAVIT CERTIFYING THE EXHIBITS ATTACHED TO PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

have been filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 19, 2007

                                            <u>s/Jennifer Rygiel-Boyd</u>
                                            Jennifer Rygiel-Boyd (JR 5676)

5208874.1 (OGLETREE)