UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN F. VODOPIA, ) | CASE NO. 1:07CV06214 |
| ) | |
| Plaintiff, ) | JUDGE BARBARA S. JONES |
| ) | |
| vs. ) | MAGISTRATE JUDGE DEBRA C. FREEMAN |
| ) | |
| KONINKLIJKE PHILIPS ELECTRONICS ) | |
| N.V., *et al.*, ) | **MOTION TO DISMISS PLAINTIFF'S** |
| ) | **COMPLAINT AGAINST KONINKLIJKE** |
| Defendants. ) | **PHILIPS ELECTRONICS N.V.** |

**TO:** Raymond Nardo, Esq.
129 Third Street
Mineola, NY 11501
Attorney for Plaintiff

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date to be scheduled by the United States District Court for the Southern District of New York, Defendant Koninklijke Philips Electronics N.V.[1] shall move before The Honorable Judge Barbara S. Jones for an Order dismissing Plaintiff John F. Vodopia's claim against Defendant Koninklijke Philips Electronics N.V. pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to assert personal jurisdiction pursuant to Rule 8(a) of the Federal Rules of Civil Procedure and failure to set forth a claim that entitles Plaintiff to relief.

---

[1] By submitting this Motion, Koninklijke is not consenting to personal jurisdiction in this case and Koninklijke reserves all rights in this respect.

**PLEASE TAKE FURTHER NOTICE** that in support of this application Defendant Koninklijke Philips Electronics N.V. shall rely upon the accompanying Memorandum, which is incorporated herein by reference.

Respectfully submitted,

  s/ Jennifer Rygiel-Boyd
Jennifer Rygiel-Boyd (JR 5676)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 5th Avenue, Suite 1700
New York, New York
Telephone:  (212) 292-4314

Attorneys for Defendant
Koninklijke Philips Electronics N.V.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, a copy of the Koninklijke Philips Electronics N.V.'s Motion to Dismiss was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    s/ Jennifer Rygiel-Boyd
    Jennifer Rygiel-Boyd (JR 5676)

5206163.1 (OGLETREE)