UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN F. VODOPIA,         )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     vs.                  )<br>                          )<br>KONINKLIJKE PHILIPS ELECTRONICS )<br>  N.V.*, et al.*,         )<br>                          )<br>     Defendants.          )  | CASE NO. 1:07CV06214<br><br>JUDGE BARBARA S. JONES<br><br>MAGISTRATE JUDGE DEBRA C. FREEMAN<br><br>**CERTIFICATE OF SERVICE FOR KONINKLIJKE PHILIPS ELECTRONICS N.V.** |

I am over 18 and not a party to this action. On this date, September 19, 2007, I certify that a true and accurate copy of the following documents:

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST KONINKLIJKE PHILIPS ELECTRONICS N.V**

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST KONINKLIJKE PHILIPS ELECTRONICS N.V.**

**ATTORNEY'S AFFIDAVIT CERTIFYING THE EXHIBITS ATTACHED TO KONINKLIJKE PHILIPS ELECTRONICS N.V.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

have been filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

2

Dated: September 19, 2007

                                              s/ Jennifer Rygiel-Boyd
                                              Jennifer Rygiel-Boyd (JR 5676)

5208864.1 (OGLETREE)