UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN F. VODOPIA, | ) | HON. BARBARA S. JONES, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | CASE NO. 07-06214 |
| vs. | ) | *CIVIL ACTION* |
| | ) | |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., *et al.*, | ) | **NOTICE OF APPEARANCE** |
| Defendants. | ) | |

**PLEASE TAKE NOTICE**, that I have been retained by Defendants in the above referenced matter. I was admitted to practice in this District in 2004.

Respectfully submitted,

Dated: September 20, 2007

s/ Jennifer Rygiel-Boyd
Jennifer Rygiel-Boyd (JR 5676)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 5th Avenue, Suite 1700
New York, New York
Telephone: (212) 292-4314

Attorney for Defendants
Koninklijke Philips Electronics N.V. and
Philips Electronics North America Corporation