UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN F. VODOPIA, | ) | HON. BARBARA S. JONES, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | CASE NO. 07-06214 |
| vs. | ) | CIVIL ACTION |
| | ) | |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., *et al.*, | ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) | |

I hereby certify that on September 20, 2007, the following document:

**NOTICE OF APPEARANCE**

was filed with the Clerk of the Court and served upon Raymond Nardo, Esq., attorney for plaintiff John F. Vodopia, in accordance with the Federal Rules of Civil Procedure, and/or the Southern District of New York's Local Rules and/or Rules on Electronic Service. The above listed document is available for viewing and downloading from the ECF system.

_____
Jennifer Rygiel-Boyd (JR5676)