UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN F. VODOPIA,

                Plaintiff,

v.

KONINKLIJKE PHILLIPS
ELECTRONICS N.V., *et al*

                Defendant.

Hon. Barbara S. Jones, U.S.D.J.
Case No.: 07-6214

*Civil Action*

NOTICE OF MOTION TO ADMIT
KRISTIN A. SOMICH, ESQ. *PRO HAC VICE* PURSUANT TO LOCAL RULE 1.3

---

**TO:** Raymond Nardo, Esq.
129 Third Street
Mineola, NY 11501
Attorney for Plaintiff, John F. Vodopia

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date to be scheduled by the United States District Court for the Southern District of New York, defendants Phillips Electronics North America Corporation and Koninklijke Philips Electronics N.V. shall move before The Barbara S. Jones, U.S.D.J., for an Order admitting Kristin A. Somich, Esq. as a visiting attorney *pro hac vice* to participate in all proceedings relative to the above-captioned matter.

-2-

**PLEASE TAKE FURTHER NOTICE** that in support of this application Defendant shall rely upon the accompanying Affidavits of Kristin A. Somich, Esq. and Jennifer Rygiel-Boyd, Esq. A proposed form of Order is being concurrently submitted.

Plaintiff's attorney consents to this motion.

By: _____
Jennifer Rygiel-Boyd (JR 5676)

Dated: September 26, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN F. VODOPIA, | Honorable Barbara S. Jones, U.S.D.J. |
| Plaintiffs, | Case No. 07-6214 |
| vs. | *Civil Action* |
| KONINKLIJKE PHILLIPS ELECTRONICS N.V., *et al* | **AFFIDAVIT OF JENNIFER RYGIEL-BOYD, ESQ. IN SUPPORT OF MOTION TO ADMIT KRISTEN A. SOMICH, ESQ.** *PRO HAC VICE* |
| Defendant. | |

---

**JENNIFER RYGIEL-BOYD, ESQ.**, being of full age, avers and states as follows:

1. I am an attorney-at-law and an associate of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for defendant Phillips Electronics North America Corporation and Koninklijke Philips Electronics N.V. (hereinafter collectively referred to as "Defendants")

2. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Kristen A. Somich, Esq. as counsel *pro hac vice* pursuant to Local Rule 1.3.

3. I am a member in good standing of the bar of the State of New York since 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. I know Kristen A. Somich, Esq., who is an associate with my law firm's office located in Cleveland, Ohio.

-2-

5. I have found Ms. Somich to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Kristen A. Somich, Esq. *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Kristen A. Somich, Esq. *pro hac vice* which is attached hereto as *Exhibit A*.

I hereby aver that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Jennifer Rygiel-Boyd (JR 5676)

Sworn to and subscribed before me this 26th day September of 2007.

_____
Notary Public

AVA ARMSTRONG
Notary Public
State of New Jersey
My Commission Expires June 25, 2008

Kristin Ulrich Somich, Esq. (#0079787)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square, Suite 4130
Cleveland, Ohio 44114
Telephone: (216) 357-4735

Attorneys for Defendants
Philips Electronics North America Corp. and
Koninklijke Philips Electronics N.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN F. VODOPIA, | ) | CASE NO. 1:07CV06214 |
| | ) | |
| Plaintiff, | ) | JUDGE BARBARA S. JONES |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE DEBRA C. FREEMAN |
| | ) | |
| | ) | |
| KONINKLIJKE PHILIPS ELECTRONICS | ) | |
| N.V., *et al.*, | ) | **AFFIDAVIT OF KRISTIN ULRICH** |
| | ) | **SOMICH, ESQ. IN SUPPORT OF MOTION** |
| Defendants. | ) | **FOR ADMISSION *PRO HAC VICE*** |

KRISTIN ULRICH SOMICH., being of full age, avers and states as follows:

1. I am an Associate at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. I submit this Affidavit in support of my application for permission to appear pro hac vice on behalf of defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.

2. I represent Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V in the above-captioned matter along with Robert C. Petrulis, Esq. a Shareholder with the law firm of Ogletree Deakins, Nash, Smoak & Stewart, P.C., and

Jennifer Rygiel-Boyd, an Associate with the firm of Ogletree Deakins, Nash, Smoak & Stewart, P.C. and a member in good standing of the bar of this Court.

3. This is a retaliation and wrongful termination case. Philips has requested that I represent them in this matter because of my prior handling of similar matters, my representation of Philips in other employment discrimination lawsuits and my general experience in employment law.

4. I received my law degree from the University of Michigan, May 7, 2005.

5. I am a member in good standing of the bar of the State of Ohio and I am admitted to practice before all levels of Ohio state courts. (*See* Exhibit A.)

6. I am also admitted and a member in good standing of the United States District Court for the Northern District of Ohio, as well as the 6th Circuit Court of Appeals.

7. I am not under suspension, disbarment, or any other discipline or disciplinary procedure of any Court.

8. If admitted *pro hac vice*, I will conduct myself as an attorney of this Court uprightly and according to the law, and I will support and defend the Constitution of the United States.

9. Accordingly, for the foregoing reasons, I respectfully request to be admitted as a visiting attorney pro hac vice to participate in all proceedings relative to the above-captioned matter.

I hereby aver that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Kristin Ulrich Somich, Esq.

Sworn to and subscribed before me this __20th__ day of __September__, 2007.

_____
Notary Public

5208086.1 (OGLETREE)

K. ELLEN TOTH, ESQ.
NOTARY PUBLIC • STATE OF OHIO
My Commission Has No Expiration Date
Section 147.03 O.R.C

3

# The Supreme Court of Ohio

### C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Kristin Ali Ulrich Somich

was admitted to the practice of law in Ohio on November 07, 2005; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                        IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 18th day of September, 2007.

                        SUSAN B. CHRISTOFF
                        *Director, Attorney Services Division*

                        *Attorney Registration Assistant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------

| | | |
|---|---|---|
| JOHN F. VODOPIA, | : | Hon. Barbara S. Jones, U.S.D.J. |
| | : | |
| Plaintiff, | : | Case No.: 07-6214 |
| | : | |
| v. | : | *Civil Action* |
| | : | |
| | : | **CERTIFICATE OF SERVICE** |
| KONINKLIJKE PHILLIPS | : | |
| ELECTRONICS N.V., *et al* | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------

I hereby certify that on September 27, 2007, the following documents:

**NOTICE OF MOTION TO ADMIT KRISTIN A. SOMICH, ESQ. *PRO HAC VICE***

**AFFADAVIT OF JENNIFER RYGIEL-BOYD, ESQ. IN SUPPORT OF MOTION TO ADMIT KRISTIN A. SOMICH, ESQ. *PRO HAC VICE***

**AFFADAVIT OF KRISTIN A. SOMICH, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

were filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, and/or the Southern District of New York's Local Rules and/or Rules on Electronic Service. The above listed documents are available for viewing downloading from the ECF system.

Additionally, I caused a copy of the above listed documents to be served, via Federal Express, upon Raymond Nardo, Esq., 129 Third Street, Mineola, NY 11501, attorney for plaintiff.

-2-

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant
Koninklijke Phillips Electronics N.V.

Date: September 27, 2007

By: _____ (JR 5676)
10 Madison Avenue, Suite 402
Morristown, New Jersey
Tel: (973) 656-1600
jennifer.rygiel-boyd@ogletreedeakins.com

4592414.1 (OGLETREE)