UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

---

JOHN F. VODOPIA,

        Plaintiff,

v.

KONINKLIJKE PHILLIPS
ELECTRONICS N.V., *et al*

        Defendant.

---

Hon. Barbara S. Jones, U.S.D.J.
Case No.: 07-6214

*Civil Action*

**ORDER ADMITTING
KRISTIN A. SOMICH, ESQ. *PRO HAC
VICE* PURSUANT TO LOCAL RULE
1.3**

**THIS MATTER,** having come before the Court upon the application of Defendant for an Order pursuant to Local Rule 1.3;

**IT IS** on this _9th_ day of _October_ 2007

**ORDERED** that Kristin A. Somich, Esq., in good standing, be admitted as a visiting attorney, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

                                    _____
                                    Hon. Barbara S. Jones, U.S.D.J.