# RAYMOND NARDO
ATTORNEY AT LAW

129 THIRD STREET
MINEOLA, NY 11501

(516) 248-2121 (TEL)
(516) 742-7675 (FAX)
raynardo@juno.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07 dc

October 8, 2007

BY FAX ONLY
(212) 805-6191

Hon. Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Vocopia v. Koninklijke Philips Electronics, et. al.
(07-6214)

Hon. Barbara S. Jones:

I represent the plaintiff in the above matter. On September 19, 2007, the defendants filed a motion to dismiss the complaint. The parties have consented to a briefing schedule as follows:

- **plaintiff's opposition to be filed on or before October 19, 2007;**
- **defendants' reply to be filed on or before November 9, 2007.**

WHEREFORE the parties ask that this briefing schedule be So Ordered by the Court.

Thank you for consideration and cooperation.

Respectfully submitted,

RAYMOND NARDO

RN:rn
cc: Bob Petrulis, Esq.

Application Granted

SO ORDERED
Date: _____  Barbara S. Jones, U.S.D.J.
Oct. 9, 2007