UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN F. VODOPIA, | ) CASE NO. 1:07CV06214 |
| | ) |
| Plaintiff, | ) JUDGE BARBARA S. JONES |
| | ) |
| | ) MAGISTRATE JUDGE DEBRA C. FREEMAN |
| | ) |
| vs. | ) **PHILIPS ELECTRONICS NORTH AMERICA** |
| | ) **CORPORATION'S MOTION TO PREVENT** |
| | ) **DISSEMINATION AND DISCLOSURE OF** |
| | ) **PHILIPS ELECTRONICS NORTH AMERICA** |
| KONINKLIJKE PHILIPS ELECTRONICS | ) **CORPORATION'S AND KONINKLIJKE** |
| N.V., *et al.*, | ) **PHILIPS ELECTRONICS N.V.'S** |
| | ) **CONFIDENTIAL, PROPRIETARY, AND/OR** |
| Defendants. | ) **ATTORNEY-CLIENT PRIVILEGED** |
| | ) **INFORMATION BY PLAINTIFF** |

(EXPEDITED CONSIDERATION REQUESTED)

**TO:** Raymond Nardo, Esq.
129 Third Street
Mineola, NY 11501
Attorney for Plaintiff

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date to be scheduled by the United States District Court for the Southern District of New York, Defendant Philips Electronics North America Corporation shall move before The Honorable Judge Barbara S. Jones for an Order preventing Plaintiff John F. Vodopia from further disclosing or disseminating Defendants' confidential, proprietary, and/or attorney client privileged information.

**PLEASE TAKE FURTHER NOTICE** that in support of this application Defendant Philips Electronics North America Corporation shall rely upon the accompanying Memorandum, which is incorporated herein by reference.

Respectfully submitted,


s/ Kristin Somich
Kristin Ulrich Somich (admitted *pro hac vice*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4130 Key Tower
Cleveland, Ohio 44114
Telephone: (216) 241-6100

Jennifer Rygiel-Boyd (JR 5676)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 5th Avenue, Suite 1700
New York, New York
Telephone: (212) 292-4314

Attorneys for Defendant
Philips Electronics North America Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, a copy of Philips Electronics North America Corporation's Motion to Prevent Dissemination and Disclosure of Philips Electronics North America Corporation's and Koninklijke Philips Electronics N.V.'s Confidential, Proprietary, and/or Attorney-Client Privileged Information by Plaintiff and to Prevent Spoliation of Evidence by Plaintiff was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

5232623.2 (OGLETREE)