UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
        :
JOHN F. VODOPIA,
        :    07 Civ. 06214 (BSJ)(DF)
             Plaintiff,
        :    **ORDER**
   -against-
        :
KONINKLIJKE PHILIPS ELECTRONICS,
        :
             Defendant.
-------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a telephone conference with counsel for both parties on October 19, 2007, with respect to the question of whether the Complaint and further submissions by the parties in this action should be filed under seal, it is hereby ORDERED as follows:

1. The Clerk of the Court is hereby directed to remove the Complaint in this action from the ECF system, and to maintain the Complaint under seal, pending further order of the Court.

2. Any opposition and reply papers on Defendant's pending motion to dismiss the Complaint shall be served on opposing counsel in accordance with the schedule that was previously agreed by the parties and approved by the Court, but shall not be filed on the ECF system or with the Clerk of the Court, pending further order of the Court. When briefing on the motion to dismiss is complete, the parties are directed to submit a courtesy set of all motion papers to Judge Jones's chambers, with a cover letter explaining that, in accordance with the within Order, the opposition and reply papers have not yet been filed on ECF or with the Clerk of the Court.

3.  Plaintiff's opposition to Defendant's pending motion to remove the Complaint from public viewing or access, and for other related relief, shall be served on opposing counsel no later than November 9, 2007. Defendant's reply, if any, shall be served no later than November 19, 2007. These papers should also not be filed on the ECF System or with the Clerk of the Court until the confidentiality issues raised by the motion are resolved, but courtesy copies should be provided to Judge Freeman's chambers at the time of service.

4.  Counsel are directed to jointly initiate a telephone conference with the Court on November 27, 2007, at 11:00 a.m., in order to address more fully the confidentiality issues that have been raised by Defendant.

Dated: New York, New York
       October 19, 2007

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Raymond Nardo, Esq.
Law Office of Raymond Nardo
129 Third Street
Mineola, NY 11501

Jennifer Ann Rygiel-Boyd, Esq.
Ogletree, Deakins, Nash,Smoak & Stewart,P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10017

Robert C. Petrulis, Esq.
Kristin Ali Somich, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC(Cleveland)
127 Public Square, Suite 4130
Cleveland, OH 44114