## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | | |
|---|---|---|
| JOHN F. VODOPIA, | : | Hon. Barbara S. Jones, U.S.D.J. |
| | : | Case No.: 07-6214 |
| Plaintiff, | : | |
| | : | *Civil Action* |
| v. | : | |
| | : | **ORDER ADMITTING** |
| | : | **ROBERT C. PETRULIS, ESQ. *PRO*** |
| KONINKLIJKE PHILLIPS | : | ***HAC VICE* PURSUANT TO LOCAL** |
| ELECTRONICS N.V. *et al* | : | **RULE 1.3** |
| | : | |
| Defendant. | : | |

------------------------------------------------------

**THIS MATTER,** having come before the Court upon the application of Defendant for an

Order pursuant to Local Rule 1.3;

**IT IS** on this __18th__ day of __October__ 2007

**ORDERED** that Robert C. Petrulis, Esq., in good standing, be admitted as a visiting

attorney, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/24/07

_____
Hon. Barbara S. Jones U.S.D.J.