```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

# RAYMOND NARDO

ATTORNEY AT LAW

129 THIRD STREET
MINEOLA, NY 11501

(516) 248-2121 (TEL)
(516) 742-7675 (FAX)
raynardo@juno.com

AUG 19 2008

August 19, 2008

BY FAX ONLY
(212) 805-4258

Hon. Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street / Room 525
New York, NY 10007

    Re: Vodopia v. Koninklijke Philips Electronics, et. al.
        (07-6214)

Hon. Magistrate Judge Freeman:

I represent the plaintiff in the above matter. The parties are due to provide a status report on the Stipulation and Order of Confidentiality by August 29, 2008. However, since I will be on vacation that entire week, the parties jointly request until September 10, 2008 to provide the status report.

Thank you for consideration and cooperation.

Respectfully submitted,

RAYMOND NARDO

RN:rn
cc: Bob Petrulis, Esq. (by fax)

**MEMO ENDORSED**

SO ORDERED: DATE: 8/20/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE