```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
JOHN F. VODOPIA,                    :
                                    :
                Plaintiff,          :
                                    :     07 Civ. 6214 (BSJ)
       v.                           :
                                    :
                                    :     ORDER
                                    :
                                    :
KONINKLIJKE PHILIPS ELECTRONICS, N.V., :
and PHILIPS ELECTRONICS NORTH AMERICA :
CORP.,                              :
                                    :
                Defendants.         :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On August 17, 2009, this Court filed an Opinion and Order granting Defendants' motion to dismiss the Complaint in this case. In view of Magistrate Judge Freeman's October 22, 2007 order directing the sealing of the Complaint and further directing that submissions relating to Defendants' motion to dismiss should not be publicly filed, the Court's August 17, 2009 Opinion and Order was filed under a temporary seal to remain in effect for 45 days.

In a separate Order issued on August 17, 2009, the Court informed the parties that if any party wished to extend or remove the seal, it should submit briefing on that issue. On September 30, 2009, Defendant Philips Electronics North America Corporation filed a brief requesting extension of sealing of the

1

Court's August 17, 2009 Opinion and Order. No opposition was filed.

The Court finds that the August 17, 2009 Opinion and Order granting Defendants' motion to dismiss should remain sealed. The Complaint in this case refers to and includes confidential material that may be protected by the attorney-client privilege or other privileges. As the Court's August 17, 2009 Opinion and Order references and paraphrases portions of the Complaint that contain such potentially-protected material, it is hereby ORDERED that the August 17, 2009 Opinion remain under seal.

SO ORDERED:

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 19, 2009